# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRA VARGO,<br><br>         Plaintiff,<br><br>    v.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS,<br><br>         Defendant. | Case No. 2:18-cv-08388-AFM<br><br>**ORDER SETTING SCHEDULING CONFERENCE**<br><br>**Date:     January 8, 2019**<br>**Time:    10:00 a.m.**<br>**Location: Courtroom 780, 7th Floor**<br>**          255 East Temple Street**<br>**          Los Angeles, CA** |

## READ THIS ORDER CAREFULLY

The matter is set for a scheduling conference on **Tuesday, January 8, 2019, at 10 a.m.** The conference will be held pursuant to Fed. R. Civ. P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and to submit a joint report to the Court not later than 14 days after they confer as required by Fed. R. Civ. P. 26(f) and Local Rule 26-1. Counsel are further directed to submit form ADR-1, located on the Court's website at www.cacd.uscourts.gov, no later than 7 days before the scheduling conference date.

However, the scheduling conference with Judge MacKinnon will automatically be *vacated* if, by the date of the scheduled hearing, either party files a declination to consent or the time period for full consent under the Local Rules expires. Under the circumstance, the Clerk will reassign the action.

IT IS SO ORDERED.

DATED: 11/13/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE